UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHAQUAN ENVI-EL *also known as* )
Shaquan Lavena Lesane )
        Plaintiff, )
         )
v. )    **JUDGMENT**
         )    5:19-cv-247-FL
SAM HAMADANI, *Wake County Family* )
*Court Judge,* JONATHAN BREEDAN, )
and JEFFERY EDWARDS, JR. )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Order and Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 8, 2019, and for the reasons set forth more specifically therein, that this action is dismissed without prejudice.

**This Judgment Filed and Entered on August 8, 2019, and Copies To:**
Shaquan Envi-El  (via US mail) P O Box 40453, Raleigh, NC 27629

August 8, 2019                PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk